7564149910031535

SEALED

FILED

MAR 17 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

United States of America
v.
Hector Gonzalez
*Defendant*

Case No. 2:16-MJ-062 KJN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Hector Gonzalez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841(a)(1), Distribution of Heroin;
21 U.S.C. § 841(a)(1), Distribution of Methamphetamine

Date: March 15, 2016

*Issuing officer's signature*

City and state: Sacramento, California

Kendall J. Newman, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/15/16 , and the person was arrested on *(date)* 16 March 2016
at *(city and state)* Sacramento, CA .

Date: 16 March 2016

*Arresting officer's signature*

, United States Magistrate Judge
*Printed name and title*