BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
MAR 17 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSVALDO HERNANDEZ,<br>HECTOR GONZALEZ,<br>CHRISTOPHER MCCURIN,<br>NOE BAEZA-BRAVO and<br>VIDAL GONZALEZ,<br><br>Defendants. | CASE NO. 2:16-MJ-0062 KJN<br><br>APPLICATION TO PROPOSED ORDER FOR UNSEALING COMPLAINT |

On March 15, 2016, the complaint was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed and this file be unsealed.

Dated: March 17, 2016

BENJAMIN B. WAGNER
United States Attorney

ROSS K. NAUGHTON
Assistant United States Attorney