Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Hector Gonzalez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR GONZALEZ,<br><br>Defendant. | Case No. 16-mj-00062 KJN<br><br>NOTICE OF MOTION AND MOTION FOR BAIL REVIEW<br><br>Date: March 23, 2016<br>Time: 2:00 p.m. |

TO: BENJAMIN B. WAGNER, UNITED STATES ATTORNEY, AND TO ROSS KERR NAUGHTON, ASSISTANT UNITED STATES ATTORNEY

NOTICE IS HEREBY GIVEN that on March 23, 2016 at 2:00 p.m. in Courtroom No. 25 before the Honorable Kendall J. Newman, United States Magistrate Judge, Mr. Hector Gonzalez will move, through his counsel, Timothy E. Warriner, for his pretrial release. Said motion is made on the grounds that conditions exist to secure his pretrial release, including securing release with real property.

DATED: March 22, 2016 /s/ Timothy E. Warriner, Attorney for Mr. Gonzalez

MOTION FOR RELEASE

This matter was previously before the court on March 18, 2016. Since the initial hearing, counsel has obtained information concerning the availability of real property to secure Mr. Gonzalez's release. Two properties are available: Mr. Gonzalez's home in Sacramento, and the home of his parents, Maria and Jose Gonzalez, in Los Angeles (see Pretrial Services report for addresses/information about homes). Counsel is informed and believes that both homes combined have equity of at least $200,000. Securing Mr. Gonzalez's release with either or both homes is sufficient to ensure his compliance with the conditions of release. Mr. Gonzalez's home is essential for the care of his severely disabled daughter. His parents' home represents a significant part of their investment for retirement. Mr. Gonzalez will not do anything to risk the loss of these homes, and will comply with whatever release conditions the court feels are needed. Mr. Gonzalez's parents have come here from Los Angeles and will be present in court at the time this motion is heard.

DATED: March 22, 2016 /s/ Timothy E. Warriner, Attorney for Mr. Gonzalez