HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
OSVALDO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>OSVALDO HERNANDEZ,<br>Defendant. | Case No. 2:16-cr-067-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE<br><br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Osvaldo Hernandez, through their respective attorneys, that release condition #15 (a curfew condition) imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified to extend his curfew on two occasions, as follows:

*On June 18, 2016, Mr. Hernandez's curfew will be extended until 1:00 a.m.*

*On August 13, 2016, Mr. Hernandez's curfew will be extended until midnight.*

All other conditions at Dckt. 29 shall remain in force. Release condition #15 will remain in force except for the extension of curfew on June 18, 2016 and August 13, 2016, as noted above.

///

///

///

Respectfully submitted,

Dated: June 2, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

Dated: June 2, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #15 imposed on Mr. Hernandez on March 18, 2016 (Dckt. 29), will be modified to extend his curfew on two occasions, as follows:

*On June 18, 2016, Mr. Hernandez's curfew will be extended until 1:00 a.m.*

*On August 13, 2016 Mr. Hernandez's curfew will be extended until midnight.*

All conditions at Dckt. 29 shall remain in force with the exception of the extension of curfew (release condition #15) on dates June 18, 2016 and August 13, 2016, as noted above.

Dated: June____, 2016

________________________________

Hon. Carolyn K. Delaney
United States Magistrate Judge